IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRANDON SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:21-cv-00389 |
| | ) Chief Judge Crenshaw |
| WEST END LAND DEV. CO., L.P., | ) Magistrate Judge Frensley |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Brandon Smith and Defendant West End Land Dev. Co., L.P., hereby provide notice to the Court that they have reached a settlement in principle. The parties anticipate completing the settlement agreement and submitting a stipulation for dismissal with prejudice within the next thirty (30) days.

Dated: November 11, 2021

/s/ *J. Luke Sanderson*
J. Luke Sanderson (BPR No 035712)
Wampler & Pierce, PC
208 Adams Avenue
Memphis, TN 38103
Tel: (901) 523-1844
luke@wcwslaw.com
*Attorney for Plaintiff*

/s/ *Matthew C. Lonergan*
Matthew C. Lonergan (BPR No. 010798)
John P. Rodgers (BPR No. 030324)
Bradley Arant Boult Cummings, LLP
1600 Division Street
P.O. Box 340025
Nashville, TN 37203
Tel: (615) 252-2322
mlonergan@bradley.com
jrodgers@bradley.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, a true and exact copy of the foregoing was sent via the Court's electronic case filing system to:

*/s/J. Luke Sanderson*
J. Luke Sanderson
Wampler & Pierce, PC
208 Adams Avenue
Memphis, TN 38103
Tel: (901) 523-1844
luke@wcwslaw.com
*Attorney for Plaintiff*

                                                                 */s/ Matthew C. Lonergan*
                                                                  Matthew C. Lonergan

2

4849-1166-7376v1
Case 3:21-cv-00389   Document 23   Filed 11/17/21   Page 2 of 2 PageID #: 71