UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON SMITH, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:21-cv-00389 |
| WEST END LAND DEV. CO., L.P., | ) |
| Defendant. | ) |

### ORDER

The parties have filed a Joint Notice of Dismissal with Prejudice (Doc. No. 24). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE